IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLACKROCK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BALCKROCK.COM and 38 additional Internet Domain Names,<br><br>    Defendants. | Civil Action No. 1:22-cv-1002-TSE-JFA |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT BLACKROCKCRYPTOBANK.COM AND BALCKROCK.COM**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff BlackRock, Inc., by counsel, hereby voluntarily dismisses Defendant domain names BLACKROCKCRYPTOBANK.com and BALCKROCK.com without prejudice, as the domains have been voluntarily transferred to Plaintiff.

BLACKROCKCRYPTOBANK.com and BALCKROCK.com have not served an answer or a motion for summary judgment in this matter, and thus dismissal is appropriate under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 23, 2022    By:      /s/ Adrienne J. Kosak /s/
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice*)
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law
dweslow@wiley.law
akosak@wiley.law

*Counsel for Plaintiff*
*BlackRock, Inc.*

## CERTIFICATE OF SERVICE

I, Adrienne J. Kosak, hereby certify that on September 23, 2022, I electronically filed the foregoing by using the CM/ECF system.  I also sent copies to the registrant(s) of the domain names through the contact information provided by the registrant to the registrar domain names as identified in Exhibit A to the declaration attached to Plaintiff's Motion to Publish Notice of Action.

/s/ Adrienne J. Kosak /s/
Adrienne J. Kosak (VA Bar No. 78631)
WILEY REIN LLP
2050 M Street, NW
Washington, DC  20036
Tel: (202) 719-7000
Fax: (202) 719-7049
akosak@wiley.law

*Counsel for Plaintiff*
*BlackRock, Inc.*