IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLACKROCK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-1002 |
| | ) |
| BALCKROCK.COM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

On November 18, 2022, United States Magistrate Judge John F. Anderson entered the Proposed Findings of Fact and Recommendations (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff BlackRock, Inc. and against the defendant domain names on Count I of the Complaint.[1]

Upon consideration of the record and Judge Anderson's Report, to which no objections have been filed, and having found no clear error,[2]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 19).

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Dkt. 15) is

---

[1] As Judge Anderson sets forth in his Report, the Complaint names 39 defendant domain names, but the domain names BLACKROCKCRYPTOBANK.COM and BALCKROCK.COM were transferred to plaintiff and voluntarily dismissed as defendants without prejudice. *See* Report at 1 n.1.

[2] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

**GRANTED.**

It is further **ORDERED** that **DEFAULT JUDGMENT** be entered in favor of Plaintiffs and against Defendant on Count I of the Complaint.

It is further **ORDERED** that Count II of the Complaint is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that Verisign, Inc. and Public Interest Registry, as the registries for the following domain names, are **DIRECTED** to change the registrars of record for the following defendant domain names to CSC Corporate Domains, Inc. and that CSC Corporate Domains, Inc. is **DIRECTED** to take all necessary steps to have BlackRock, Inc. listed as the registrant for the following defendant domain names:

- BLACKROCKINVESTMENTS.COM
- BLACKROCKINVESTORS.COM
- BLACKROCKBANK.COM
- BLACKROCKFINANCIALCORP.COM
- BLACKROCKMONEY.COM
- BLACKROCKEQUITYPARTNER.COM
- BLACKROCKFUNDING.COM
- BLACKROCKHOLDINGINVESTMENTS.COM
- BLACKROCKBANKS.COM
- BLACKROCKTRADELLP.COM
- BLACKROCK-PSA.COM
- BLACKROCK-INVESTMENT.COM
- BLACKROCKBITCOIN.COM
- BLACKROCKUKINVESTMENT.COM
- BLACKROCKCAPITALSOLUTIONSLLC.COM
- BLOCKROCKCAPITAL.COM
- BLACKROCK-FUND.COM
- BLACKROCKBROKER.COM
- BLACKROCKBROKERAGEFIRM.COM
- BLACKROCK.NET
- MYBLACKROCKISHARES.COM
- BLACK-ROCK-INVEST.COM

- BLACKROCKINESTMENTSGROUP.COM
- BLACKSOCK-INVEST.COM
- FUNDBLACKROCK.COM
- BLACKROCKFINANCIALADVISERS.COM
- BLACKROCKFINANCIALADVISORS.COM
- BLACKROCKLOAN.COM
- BLACKROCK-STOCK.COM
- BLACKROCKE.COM
- BLACKROCKDIGITALASSETS.COM
- BLACKROCKINVEST.ORG
- BLACKRPCK.COM
- BLACKROCK-INVEST.COM
- BLACKROK.COM
- BLACKROCKGLOBALINVESTMENT.COM
- BLACKROCKVESTMENT.COM

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants and in favor of Plaintiff.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendant's last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
December 13, 2022

/s/
T. S. Ellis, III
United States D' trict Judge